Annie M. WOODSON, Petitioner,

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
Respondent.

**No. 2010–3141.**

United States Court of Appeals, Federal Circuit.

Aug. 30, 2010.

T. Lee Boyd Jr, The Boyd Law Firm, P.C., Chicago, IL, for Petitioner.

Hillary A. Stern, Department of Justice, Washington, DC, for Respondent.

**ORDER**

The order of dismissal and the mandate dated 08/12/2010 having been issued in error, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Petitioner's brief is due on or before October 26, 2010.